422 A.2d 1176

Commonwealth ex rel. Reider, Appellant, v. Reider.

Appeal of Sharon Reider.

Reargument Denied Jan. 14, 1980.

Argued March 20, 1979.  Albert C. Oehrle, for appellant; Mark C. Schultz, for appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

* President Judge Francis J. Cantania of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

* President Judge Franics J. Catania of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

The order of May 22, 1978 is modified to be retroactive to March 31, 1977, and as so modified, the order is affirmed.

HESTER, J., filed a memorandum dissenting statement.